IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTHONY ANDREW HAMILTON, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-13 (HL-TQL) |
| | * |
| WARDEN BEASLEY, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 14, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of April, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk